■ CORINNE C. WATERMAN v. MUNICIPAL CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK et al.— Motion for leave to appeal as a poor person dismissed. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ EDWARD ODELL v. CITY OF NEW YORK.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before March 28, 1961, with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ KENNETH D. WILEY v. SUN OIL COMPANY.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. WALTER ALBERTI Also Known as WALTER SULLIVAN. (B) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE FELD. (C) THE PEOPLE OF THE STATE OF NEW YORK v. DONALD H. SWERDLOW. (D) THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT URBAN. (E) THE PEOPLE OF THE STATE OF NEW YORK v. TONI FLITMAN. (F) THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED BLOCH. (G) THE PEOPLE OF THE STATE OF NEW YORK v. KENNETH HEADLEY.— Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ. [In each action] Enlargement of time granted.

■ JULIUS ROSENTHAL v. BRETHREN OF ISRAEL.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 30, 1961, with notice of argument for April 11, 1961, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager. JJ.

■ SYDNEY SNITOW et al. v. JOSEPH B. FRANKLIN et al.— Motion for an extension of time granted insofar as to extend the time of plaintiffs-appellants to serve their amended complaint to 10 days after service upon its attorneys of a copy of the order of this court determining said appeal, with notice of entry thereof, on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before March 28, 1961. with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin. Valente. Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HERBERT BOONE.— Motion for reargument granted and upon such reargument motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ BETH E. BOOKER v. RICHARD LIGHTBOURNE et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Valente, J. P., McNally, Stevens. Eager and Steuer, JJ.